USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-29-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURELIO CARUSO and EDUARDO YNAMI, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

CIPRIANI 42nd STREET, LLC, CIPRIANI USA INC., CIPRIANI FIFTH AVENUE, LLC, GC BALLROOM OPERATOR, LLC, 42nd STREET LESSEE LLC, and GIUSEPPE CIPRIANI

Defendants.

Case No. 09 CIV 4405 (RLE)

STIPULATION & ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party.

Dated:
By: _____
Brian Schaffer
FITAPELLI & SCHAFFER, LLP
1250 Broadway, Suite 3701
New York, New York 10001
(212) 300-0375

By: _____
Michael Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 688-5640

Attorneys for Plaintiffs

Dated:
By: _____
A. Michael Weber
Barbara Gross
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022
(212) 583-9600

Attorneys for Defendants

SO ORDERED
_____  3-29-11
MAGISTRATE JUDGE RONALD L. ELLIS